[No. 14258-9-II. Division Two. April 29, 1992.]

NADINE BOUR, *Respondent*, v. MICHAEL JOHNSON,
ET AL, *Defendants,* DEEP PACIFIC FISHING
CO., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-2-00790-7, E. Albert Morrison, J., entered
September 12, 1990. *Affirmed as modified* by unpublished
opinion per Wieland, J. Pro Tem., concurred in by Petrich,
C.J., and Pearson, J. Pro Tem.

[No. 10284-0-III. Division Three. April 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE
RAYMOND SULLENS, *Appellant.*

Appeal from a judgment of the Superior Court for
Okanogan County, No. 88-1-00195-1, James R. Thomas,
J., entered September 15, 1989. *Affirmed* by unpublished
opinion per Shields, C.J., concurred in by Munson and
Thompson, JJ.

[No. 11829-1-III. Division Three. April 30, 1992.]

INSURANCE COMPANY OF NORTH AMERICA, *Respondent*, v.
KARIM GEORGE AZAR, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 87-2-00356-1, Marcus M. Kelly, J.,
entered April 19, 1991. *Affirmed* by unpublished opinion per
Shields, C.J., concurred in by Munson and Thompson, JJ.